

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00074-CR

| | | |
|---|---|---|
| Jeffrey Allan Maxwell | § | From the 43rd District Court |
| | § | of Parker County (CR11-0273) |
| v. | § | December 19, 2013 |
| | § | Opinion by Justice Meier |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified by deleting the language ordering cumulation of Jeffrey Allan Maxwell's sentences. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS


By _____
Justice Bill Meier